**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | |
|---|---|
| LAURA SANCHEZ, )<br> )<br> Plaintiff, )<br> )<br> v. )<br> )<br>CAROLYN W. COLVIN, )<br>Acting Commissioner of Social )<br>Security, )<br> )<br> Defendant. ) | NO.  CV 15-04268-AS<br><br>**JUDGMENT** |

   IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed in part and the matter is remanded for further administrative action consistent with the Opinion filed concurrently herewith.

   DATED:  May 3, 2016.

 /s/
 ──────────────────────
 ALKA SAGAR
 UNITED STATES MAGISTRATE JUDGE