MICHAEL S. BROWN, SBN 104079
**CALIFORNIA LAWYERS GROUP, LLP**
16501 Ventura Boulevard, Suite 620
Encino, California 91436-1921
Tel.  (818) 461-9933  FAX (818) 995-4094
Email: mbrown@clginfo.com

Attorney for Plaintiff, **LAURA SANCHEZ**

EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ARMAND D. ROTH, CSBN 214624
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8924
    Fax: (415) 744-0134
    E-Mail: Armand.Roth@ssa.gov

Attorneys for Defendant
CAROLYN W. COLVIN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| **LAURA SANCHEZ**, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> **CAROLYN W. COLVIN**, Acting Commissioner, Social Security Administration, <br><br> Defendant. | Case No.: 2:15-CV-04268-AS <br><br> **[PROPOSED] ORDER  RE: STIPULATION FOR ATTORNEY FEES AND COSTS UNDER THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412** |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses, **IT IS ORDERED** that fees and expenses in the amount of $5,250.00 as authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

DATED  July 11, 2016                    _____/ s /_____
                                        HONORABLE ALKA SAGAR
                                        UNITED STATES MAGISTRATE JUDGE